AO 240A    (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

**FILED**
Clerk
District Court

JUL 24 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MD SHAHIDUL ISLAM

Plaintiff

V.

GTS SECURITY, INC.,

Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: CV 08 - 0032

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

  [X] The clerk is directed to file the complaint.

  [ ] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this  24th  day of  July , 2008 .

_____
Signature of Judicial Officer

Honorable, Alex R. Munson, Chief Judge
Name and Title of Judicial Officer